ROCCO SIMONETTA, Respondent, v. FILIPPO LINSALATA, Appellant.— Judgment unanimously affirmed, with costs.   No opinion.   Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

TRAUB AMUSEMENT COMPANY, INC., Respondent, v. HARRY MACKLER, Individually and as President, etc., Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs.   No opinion.   Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

MAX WEINBERG, Respondent, v. CONWAY TEARLE and Another, Appellants.— Judgment and order denying motion for new trial reversed on the law and the facts, and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the verdict to the sum of $3,012.13.   In the event of such stipulation the judgment as so modified, and the order, are unanimously affirmed, without costs.   No opinion.   Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

JACQUES WEINBERG, an Infant, by MAX WEINBERG, His Guardian ad Litem, Respondent, v. CONWAY TEARLE and Another, Appellants.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

SAMUEL J. ARONSON, Appellant, v. MERIT CLOTH EXAMINING & SHRINKING WORKS, INC., Respondent.— Order denying plaintiff's motion for a further bill of particulars affirmed, with ten dollars costs and disbursements.   No opinion. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

JOSEPH BLOCK, Appellant, Impleaded with Another, Plaintiff, v. CONRAD HUBERT, Respondent, Impleaded with Another, Defendant.— Order denying motion to vacate notice of examination before trial affirmed, with ten dollars costs and disbursements.   No opinion.   Rich, Jaycox, Kapper and Lazansky, JJ., concur; Kelly, P. J., dissents.

PETER DERECAS, Respondent, v. DAVID HAUSER, Appellant.— Order affirmed, without costs, upon condition that within three days after entry of an order hereon and service of a copy thereof upon the attorney for respondent, the respondent furnish an undertaking in the sum of $250, pursuant to section 893 of the Civil Practice Act; otherwise, order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.   No opinion.   Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

PATRICK L. DeSALVO, Appellant, v. ABRAHAM KRASNE, Respondent.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

JOSEPH A. EPSTEIN and Others, Copartners, etc., Appellants, v. NATIONAL SURETY COMPANY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs.   The complaint of appellant concerning the alleged improper conduct of defendant's trial counsel should have been made to the trial justice by appropriate objection and exception to his rulings.   But one exception is presented to us, and in this particular instance we think it does not present reversible error. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.